IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACQUELINE F. OSMERA, | ) | |
| | ) | 8:10CV84 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF RECUSAL** |
| CONNECTIVITY SOLUTIONS, | ) | **REQUEST FOR REASSIGNMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

DATED this 15th day of March, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge